**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**                    **MEMORANDUM**
-----------------------------------------------------------------X
                                        FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09)

United States of America,
                            Government            Judge :  **Victoria Reznik, U.S.M.J**

            -against-                              Case Number:



                            Defendant(s)
-----------------------------------------------------------------X

TO:        **Honorable Nelson S. Román, United States District Judge**


        On _____ a Rule11 allocution was taken on consent of both parties before
me pursuant to your Standing Order.  Please find attached hereto the transcript of the proceeding
which sets forth my Report and Recommendation for your consideration.  If I can be of any
further assistance in this matter I would be pleased to do so.



Dated:
White Plains, New York




                                    Respectfully Submitted,

                            _____
                                Victoria Reznik, USMJ