UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

      - against -

JONATHAN ALVAREZ,

                      Defendant.

-------------------------------------------------------X

25 Cr. 00254-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Victoria Reznik, United States Magistrate Judge, dated June 3, 2025, is approved and accepted.

SO ORDERED.

Dated: White Plains, NY
       June 24, 2025

_____
Nelson S. Román
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2025